**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

December 20, 2024

Michelle Spruel
GENERAL DELIVERY
SEATTLE, WA 98101

Your civil action *Spruel v. Seattle Central College* was filed in the U.S. District Clerk's office at Seattle on December 18, 2024.

Your case has been assigned Case Number **2:24–cv–02100–JHC,** and has been assigned to Judge John H. Chun, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file