UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE SPRUEL,<br><br>                 Plaintiff,<br><br>   v.<br><br>SEATTLE CENTRAL COLLEGE,<br><br>                 Defendant. | Case No. C24-2100-JHC<br><br>ORDER |

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 23rd day of December, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER - 1